1
 Jonah Energy LLC, Petitioner v. Riggs Oil & Gas Corporation; Gasconade Oil Co.; Helm Energy, LLC; McLish Resources, L.P., LLLP; W. Clifton Arbuckle Trust Dated 1/1/1996; Los Feliz Oil Company, LLC; Samis Oil Company, Inc.; MKB Energy, L.L.C.; Westar Oil & Gas, Inc.; JJB Energy Ventures, LC; Callaway Oil, L.L.C.; Anadarko Partners II, L.P.; Cartel Petroleum, Inc.; Castlebay Energy LLC; Coyote Energy LLC; S.N.S. Oil & Gas Properties, Inc.; Winchester Energy, LLC; El Dorado Corporation; and Ridgeview Exploration, Inc. Respondents No. 24SC456
Supreme Court of Colorado, En Banc
January 13, 2025
 2
 
           Court
 of Appeals Case No. 23CA449
 
 
 
          GRANTED
 PETITIONS FOR WRIT OF CERTIORARI
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the division erred in adopting a "hard line"
 approach to "excusable neglect" under C.A.R.
 4(a)(4), despite acknowledging that excusable neglect
 requires an equitable balancing test under other rules.